**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTA A. FERNANDEZ, an individual, and ALVARO E. FERNANDEZ, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants, | Case No.: 5:22-cv-00519-SPG-SP<br><br>*Assigned to the Hon. Sherilyn Peace Garnett and Magistrate Judge Sheri Pym*<br><br>**ORDER OF DISMISSAL** |

　　Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: March 3, 2023          By: _____
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE